1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 PATRISHIA MARIE DITTMER, | Case No. 1:22-cv-01378-SAB |
| 13 Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| 14 v. | (ECF Nos. 7, 15) |
| 15 COMMISSIONER OF SOCIAL SECURITY, | |
| 16 Defendant. | |

17

18      On March 2, 2023, the parties submitted a stipulated request for an extension of time, which

19 the Court construes as a stipulated motion to modify the scheduling order.  (ECF No. 15.)  The

20 parties seek an extension of time to file Plaintiff's motion for summary judgment from March 6,

21 2023, to April 5, 2023.  This is Plaintiff's first request for an extension.  The parties proffer good

22 cause exists because Plaintiff's counsel is currently taking partial paternity leave and therefore

23 working limited hours for the months of December 2022 through March 2023; in addition, counsel

24 is expected to undergo an additional surgery in March 2023, which will require limited access to

25 his work.  The Court is satisfied that good cause exists to grant the requested extension.

26      Accordingly, IT IS HEREBY ORDERED that:

27      1.      The parties' stipulated motion to modify the schedule (ECF No. 15) is GRANTED;

28      2.      Plaintiff shall have until **April 5, 2023**, to file her motion for summary judgment;

1

1          and

2    3.     All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be

3           modified accordingly.

4

IT IS SO ORDERED.

5

6    Dated:    **March 2, 2023**

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2